THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _CivR 5.4_
(Rule Number/Section)

___ FILED   ___ LODGED
___ RECEIVED   ___ COPY

OCT 0 6 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Dr. Gary L. Wagoner
702 E. Bell Rd. #112
Phoenix, AZ. 85022
(602) 338-9251

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Dr. Gary L. Wagoner, designated representative for patient Caitlin Walls, Plaintiffs, <br><br> vs. <br><br> Pinnacle West Capital Corporation, Defendant | Case No.: CV-22-01359-PHX-SMB <br><br> Plaintiff Wagoner's Response to Defense Notice of Plaintiff's Failure to Respond to Defendant's Motion to Dismiss Complaint |

On August 23, 2022 Plaintiff Wagoner received an Order from the Court that a mandatory Rule 26 (f) meeting will be scheduled between plaintiff and defense. On September 30, 2022 Wagoner received a motion from the Defense titled "Notice of Plaintiff's Failure to Respond to Defendant's Motion to Dismiss Complaint".

Wagoner was not served by the Defense a copy of the Motion to Dismiss Complaint that the Defense is alleging that Wagoner did not respond to. Wagoner has been waiting to be scheduled for the Rule 26 (f) meeting all along per the Court's Order.

Also, is seems that Defense is ignoring the Order given by the Court for a mandatory Rule 26 (f) meeting with the continuous filings of Motions despite the Courts clear intentions.

1

Deny Motion

Request:

Your Honor, Wagoner is respectfully requesting that the Defense Motion be denied in this matter as Wagoner continues to wait for the Court ordered Rule 26 (f) meeting as directed.

RESPECTFULLY SUBMITTED this 3rd day of October, 2022
By: *s/Dr. Gary L. Wagoner*
Dr. Gary L. Wagoner
702 East Bell Road, Suite 112
Phoenix, AZ 85022
*Designated Representative for Caitlin Walls*

**CERTIFICATE OF SERVICE**
I hereby certify that on October 3, 2022, I electronically transmitted the attached document to attorney Robert Kort – rkort@lewisroca.com
By: *s/Dr. Gary L. Wagoner*