# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary L. Wagoner,<br><br>   Plaintiff,<br><br>v.<br><br>Pinnacle West Capital Corporation,<br><br>   Defendant. | NO. CV-22-01359-PHX-SMB<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 10, 2023, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

                                                 Debra D. Lucas
                                                 District Court Executive/Clerk of Court

January 10, 2023

                                               s/ C. Marr
                                  By   Deputy Clerk